**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paul Reyes,

Plaintiff,

v.

Sergeant Galland, M. Rustand, and
John Does, 1-2,

Defendants.

Civil No. 00-1484 (DWF/JGL)

**ORDER**

---

Paul Reyes, Pro Se, Unit BD-06, 4574, Prairie Correctional Facility, Box 500, Appleton, MN 56208-0500, Plaintiff.

John W. Riches, Esq., Prairie Correctional Facility, Staff Personnel, P.O. Box 157, Appleton, MN 56208-0157, counsel for Defendant.

---

This matter is before the Court on the motion and request of the Plaintiff for an extension of time (Doc. No. 38) up to and including the 6th of April, 2001, in which to file his objections to Magistrate Judge Jonathan G. Lebedoff's Report and Recommendation filed on February 1, 2001.

Based upon the presentations of the parties and the Court having reviewed the contents of the file in this matter and being otherwise duly advised in the premises, the Court hereby enters the following:

FILED FEB 27 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

1. The Plaintiff, Paul Reyes, shall have until March 14, 2001, to file his objections to the Report and Recommendation that Magistrate Judge Jonathan G. Lebedoff filed on February 1, 2001.

Dated: February 27, 2001

DONOVAN W. FRANK
Judge of United States District Court