# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Reyes

Plaintiff

v.

Sergeant Galland, M. Rustand
and John Does 1-2

Defendants

Case No. Civil 00-1484 DWF/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge Jonathan G. Lebedoff's Report and Recommendation dated 2/1/01 is adopted. Plaintiff's motion for default judgement is denied. Plaintiff's motion to strike the affidavit of John W. Riches II is denied. Plaintiff's motion for an order directing the Marshal to serve defendant M. Rustand is denied. Defendant Galland's motion for summary judgment is denied. Defendant Galland's motion to dismiss is denied. Defendant Galland's motion for protective order is denied. This action is summarily dismissed with prejudice for lack of subject matter jurisdiction. Plaintiff Paul Reyes is required to pay the unpaid balance of the filing fee.

DATE: March 13, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk