**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Paul Reyes,

Plaintiff,

v.

Sergeant Galland, M. Rustand, and
John Does, 1-2,

Defendants.

Civil No. 00-1484 (DWF/JGL)

**ORDER**

---

Paul Reyes, Pro Se, #A0092390, FA-105, Florence Correctional Facility, Box 6900, Florence, AZ 85232, Plaintiff.

John W. Riches, Esq., Prairie Correctional Facility, Staff Personnel, P.O. Box 157, Appleton, MN 56208-0157, counsel for Defendants.

---

This matter is before the Court upon the Plaintiff's motion, pursuant to Rule 52(b) of the Federal Rules of Civil Procedure, for amendment of findings and judgment as set forth in his motion and memorandum. Defendant Sergeant Galland objects and opposes the Plaintiff's motion for an amendment of the Court's findings and judgment.

Based upon the presentations of the parties and the Court having again reviewed the record and arguments of counsel, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

FILED APR 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

1. The Plaintiff's motion for amendment of findings and judgment (Doc. No. 46) is respectfully **DENIED**.

Dated: April 16, 2001

DONOVAN W. FRANK
Judge of United States District Court